No. 74–207. AKRON PRESFORM MOLD CO. *v.* MCNEIL CORP. ET AL. C. A. 6th Cir. Certiorari denied. 

No. 74–208. GREAT LAKES STEEL DIVISION, NATIONAL STEEL CORP., ET AL. *v.* MICHIE ET AL. C. A. 6th Cir. Certiorari denied. 

No. 74–212. HANZIMANOLIS *v.* MURPHY, POLICE COMMISSIONER, CITY OF NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 74–221. GOOCH ET AL. *v.* SKELLY OIL CO. ET AL. C. A. 10th Cir. Certiorari denied. 

No. 74–227. LECCI ET AL. *v.* LEVITT, COMPTROLLER OF NEW YORK. Ct. App. N. Y. Certiorari denied. 

No. 74–230. RAFTER *v.* FAIRFIELD COUNTY TRUST CO. C. A. 2d Cir. Certiorari denied. 

No. 74–231. ADAMSZEWSKI ET AL. *v.* LOCAL LODGE 1487, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, ET AL. C. A. 7th Cir. Certiorari denied. 

No. 74–236. HALDEMAN *v.* SIRICA, U. S. DISTRICT JUDGE. C. A. D. C. Cir. Certiorari denied.

No. 74–237. TEAMSTERS LOCAL UNION 377 *v.* SCOTT. C. A. 6th Cir. Certiorari denied. 

No. 74–239. TUCKER *v.* MAHER ET AL. C. A. 2d Cir. Certiorari denied. 

No. 74–244. BOOZE ET AL. *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.